1050

[No. 22864-9-III. Division Three. May 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER JENSEN WILLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 03-1-02486-0, Margaret Sowards, J. Pro Tem., entered March 19, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 23832-6-III. Division Three. May 31, 2005.]

*In the Matter of the Personal Restraint of* ROBERTO FIGUEROA ALVAREZ, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 30822-3-II. Division Two. June 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL P. SCHAEFER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00166-0, Toni A. Sheldon, J., entered August 28, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton, J.; Bridgewater, J, concurs separately.